

# Fourth Court of Appeals
## San Antonio, Texas

May 18, 2021

No. 04-21-00168-CV

**IN THE INTEREST OF S.R.M., III AND M.R.M., CHILDREN**,

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2019-PA-01894
Honorable Linda A. Rodriguez, Judge Presiding

# O R D E R

This is an accelerated appeal of an order terminating the appellant's parental rights which must be disposed of by this court within 180 days of the date the notice of appeal is filed. TEX. R. JUD. ADMIN. 6.2. On May 18, 2021, appellant filed a "Motion to Unseal Records," which notes that "the last part of the [reporter's] record states 'child conference, sealed.'" Appellant requests authorization to receive a copy of the "sealed" portion of the record, arguing that she "must be able to review the entire reporter's record in order to appeal the termination order."

The court hereby requests a response to the motion from the appellee. Any response must be filed in this court **by May 25, 2021**.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of May, 2021.

_____
MICHAEL A. CRUZ, Clerk of Court